
FILED
IN OPEN COURT
OCT 20 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-344 |
| | ) | |
| GEORGE SHAO MIN YU, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on October 20, 2020, the defendant, George Shao Min Yu, pleaded guilty to Count Three of the indictment charging the defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and agreed to the entry of a forfeiture money judgment;

WHEREAS, the defendant obtained at least $487,320 U.S. currency during his participation in the conspiracy to commit money laundering, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to notice in the indictment that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) and 18 U.S.C. § 982(a)(1), against the defendant, George Shao Min Yu, for $487,320 U.S. currency, an amount that represents illegal proceeds the defendant obtained from participation in the conspiracy to commit money laundering, the offense of conviction, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets.

3. Pursuant to Fed. R. Crim. P. 32.2(B)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admission, and pursuant to Fed. R. Civ. P. 45, the issuance of subpoenas.

4. The Attorney General, Secretary of Homeland Security, Secretary or the Treasury, or a designee, is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(3) and 21 U.S.C. § 853(g).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

October 20, 2020
Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney
Eastern District of Virginia

By: _____
David A. Peters
Michael P. Ben'Ary
Assistant United States Attorneys

Deborah Connor
Chief, Money Laundering and Asset Recovery Section
U.S. Department of Justice, Criminal Division

_____ For.
Stephen Sola
Kerry Blackburn
Trial Attorneys


_____
George Yu
Defendant


_____
Jeffery Zimmerman, Esq.
Shaun Khojayan, Esq.
Counsel for the Defendant